IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,                           ORDER
                                                             03-cv-489-jcs

   v.

KEVIN JACKSON, JR.,

        Defendant.
_____

     Bench warrant came on to be heard before the Court in the above entitled matter on December 31, 2007, the plaintiff having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Leslie Herje, Assistant United States Attorney; defendant Kevin Jackson, Jr. appeared personally. Honorable John C. Shabaz, District Judge, presided.

     The government having advised the Court that defendant has provided answers to written interrogatories and produced that documentation which was requested,

ORDER

     IT IS ORDERED that the Court's order for incarceration issued on December 28, 2007 is hereby VACATED.

     Entered this 31st day of December, 2007.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        JOHN C. SHABAZ
                                        District Judge